# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 21-CR-477 (RC)** |
| | : | **21-MJ-496** |
| **v.** | : | |
| | : | **VIOLATIONS:** |
| **BRYAN ALAN SPARKS,** | : | |
| **AUTUMN GAIL LUNA,** | : | **21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii)** |
| | : | **(Unlawful Possession with Intent to** |
| **Defendants.** | : | **Manufacture and Distribute Twenty-Eight** |
| | : | **Grams or More of a Mixture and** |
| | : | **Substance Containing a Detectable** |
| | : | **Amount of Cocaine Base)** |
| | : | **21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)** |
| | : | **(Unlawful Possession with Intent to** |
| | : | **Distribute Five Grams or More of** |
| | : | **Methamphetamine)** |
| | : | **21 U.S.C. §§ 841(a)(1), (b)(1)(C)** |
| | : | **(Unlawful Possession with Intent to** |
| | : | **Manufacture and Distribute a Mixture and** |
| | : | **Substance Containing a Detectable** |
| | : | **Amount of Cocaine and Heroin)** |
| | : | **18 U.S.C. §§ 1029(a)(4), (c)(I)(A)(i)** |
| | : | **(Possession of Access Device Making** |
| | : | **Equipment)** |
| | : | **18 U.S.C. § 2** |
| | : | **(Aiding and Abetting)** |
| | : | |
| | : | **FORFEITURE: 18 U.S.C. §§ 928(a)(2)(A),** |
| | : | **928(a)(8), 982(b)(1); 21 U.S.C. §§ 853(a),** |
| | : | **(p); and 28 U.S.C. § 2461(c)** |

## I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about June 22, 2021, in the District of Columbia, **BRYAN ALAN SPARKS** and

**AUTUMN GAIL LUNA** did unlawfully, knowingly, and intentionally possess with the intent to

manufacture and distribute a mixture and substance containing a detectable amount of Cocaine

Base, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled

substance, and the mixture and substance was twenty-eight grams or more.

> **(Unlawful Possession with Intent to Manufacture and Distribute 28 Grams or More of a Mixture and Substance Containing a Detectable Amount of Cocaine Base,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii), and Title 18 United States Code, Section 2).

## COUNT TWO

On or about June 22, 2021, in the District of Columbia, **BRYAN ALAN SPARKS** and

**AUTUMN GAIL LUNA** did unlawfully, knowingly, and intentionally possess with the intent to

distribute more than five grams of Methamphetamine, its salts, isomers, and salts of its isomers, a

Schedule II controlled substance.

> **(Unlawful Possession with Intent to Distribute 5 Grams or More of Methamphetamine,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) in violation of Title 18, United States Code, Section 2).

## COUNT THREE

On or about June 22, 2021, in the District of Columbia, **BRYAN ALAN SPARKS** and

**AUTUMN GAIL LUNA** did unlawfully, knowingly, and intentionally possess with the intent to

manufacture and distribute a mixture and substance containing a detectable amount of Heroin, its

isomers, esters, ethers, salts, and salts of isomers, esters and ethers, a Schedule II controlled

substance and Cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance.

> **(Unlawful Possession with Intent to Manufacture and Distribute a Mixture and Substance Containing a Detectable Amount of Heroin and Cocaine,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2).

## COUNT FOUR

On or about June 22, 2021, in the District of Columbia, **BRYAN ALAN SPARKS** and **AUTUMN GAIL LUNA** knowingly and with intent to defraud, possessed a Deftun MSRX6 Magnetic Card Reader/Writer that was designed or primarily used for making a access devices or counterfeit access devices, said control and custody and possession affecting interstate commerce.

> **(Possession of Access Device Making Equipment**, in violation of Title 18, United States Code, Sections 1029(a)(4), (c)(1)(A)(i), and 2).

## FORFEITURE ALLEGATION

1.      Upon conviction of any of the offenses alleged in Count One, Count Two, or Count Three of this indictment, **BRYAN ALAN SPARKS** and **AUTUMN GAIL LUNA** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses. The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses.

3

2.      Upon conviction of either of the offenses alleged in Count Four of this indictment,

**BRYAN ALAN SPARKS** and **AUTUMN GAIL LUNA** shall forfeit to the United States of

America, pursuant to Title 18, United States Code, Section 928(a)(8), any real or personal

property:

   a. Used or intended to be used to commit, to facilitate, or to promote the
      commission of such offense(s); and

   b. Constituting, derived from, or traceable to the gross proceeds obtained directly
      or indirectly as a result of the offense(s).

The property to be forfeited includes, but is not limited to:

3.      If any of the property described above in Paragraph 2, as a result of any act or

omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without
      difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title

21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section

982(b)(1) and Title 28, United States Code, Section 2461(c)

4.      Upon conviction of any of the offenses alleged in Count Five, Count Six, or Count

Seven of this indictment, **BRYAN ALAN SPARKS** and **AUTUMN GAIL LUNA** shall forfeit to

4

the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any

property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such

violation(s). The property to be forfeited includes, but is not limited to, a money judgment.

     5.     If any of the property described above in Paragraph 4, as a result of any act or

omission of the defendants:

     a.  cannot be located upon the exercise of due diligence;

     b.  has been transferred or sold to, or deposited with, a third party;

     c.  has been placed beyond the jurisdiction of the court;

     d.  has been substantially diminished in value; or

     e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title

21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section

982(b)(1) and Title 28, United States Code, Section 2461(c)

     **(Criminal Forfeiture,** pursuant to Title 18, United States Code, Sections 928(a)(2)(A),
928(a)(8), and 982(b)(1); Title 21, United States Code, Sections 853(a) and (p); and Title
28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

Channing D. Phillips /GPR

Attorney of the United States in
and for the District of Columbia.

5