**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 21-477 (RC) |
| : | |
| BRYAN SPARKS, : | Re Document Nos.: 17, 25, 30, 36, 37, 39 |
| : | |
| Defendant, : | |
| : | |
| AUTUMN GAIL LUNA, : | |
| : | |
| Defendant. : | |

## ORDER

**GRANTING DEFENDANT SPARKS'S MOTION TO SUPPRESS; GRANTING DEFENDANT LUNA'S MOTION TO SUPPRESS; GRANTING DEFENDANT LUNA'S MOTION TO ADOPT; GRANTING DEFENDANT SPARKS'S MOTION TO FILE A REPLY**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, it is hereby **ORDERED** that Defendant Sparks's Motions to Suppress (ECF Nos. 17 and 25) are **GRANTED** and Defendant Luna's Motion to Suppress (ECF No. 30) is **GRANTED**; it is

**FURTHER ORDERED** that Defendant Luna's Motion to Adopt Defendant Sparks's Supplement (ECF No. 37) is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant Sparks's Motion to File Reply (ECF No. 39) is granted.

**SO ORDERED**.

Dated: March 19, 2022                                             RUDOLPH CONTRERAS
                                                                                United States District Judge